TOWNSHIP OF MT. OLIVE v.
LAKELAND INDUSTRIAL PARK, INC.

January 29, 1974. Petition for certification denied. (See 125 *N. J. Super.* 519)

MARIA C. ROSA v. LEROY F. SMITH, JR. &
N. J. COLLEGE OF MEDICINE & DENTISTRY.

January 29, 1974. Petition for certification denied.

B & L MOTOR FREIGHT, INC. v. RONALD M. HEYMANN,
DIRECTOR OF DIV. OF MOTOR VEHICLES.

January 29, 1974. Petition for certification denied. (See 125 *N. J. Super.* 372)

STATE OF NEW JERSEY v. GEORGE HARRISON.

January 29, 1974. Petition for certification denied.